FILED USDC ALSD
OCT 27 '25 PM 3:39

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

Darnesha Denae Castleberry                                    :

    Plaintiff,                                           :

vs.                                                          :   Civil Action No. 25-cv-422-TFM-B

                                             :

University of South Alabama- University Health             :

    Defendant(s)                                         :

## COMPLAINT

1.  Plaintiff resides at **1733 Swann St Fayetteville, NC 28303**

2.  Name(s) of defendant(s) University of South Alabama

3.  Location of principal office(s) of the named defendant(s) 307 University Blvd North AD 140 **Mobile, AL 36688**

4.  Nature of business of defendant(s) **College/university, medical center/hospital**

5.  Approximate number of individuals employed by defendant(s) **7300**

6.  The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) **X** Termination of my employment.

    (C) _____ Failure to promote me.

    (D) **X** Other acts as specified below: Terminated in retaliation after filing a harassment complaint, **discriminated against on the basis of my race**

Rev. 8/2015

7.    Plaintiff is:

(A) _____ Presently employed by the defendant.

(B) **X**___ Not presently employed by the defendant.

The dates of employment were **June 2021- February 2024**

(1) **X**____ Plaintiff was discharged.

(2) _____ Plaintiff was laid off.

(3) _____ Plaintiff left the job voluntarily.

8.    Defendant(s) discriminated against me on account of my:

(A) **X**____ Race                    _____ Sex

_____ Color                    _____ National Origin

_____ Religion

Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

(B) _____ Physical disability

_____ Mental disability

Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

(C) _____ Age

Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9.    The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Rachel Bumpers, white, female, charge nurse; Cathy McCurley, white, female, nurse manager; Casey Crawford, white, female, supervisor of Cathy McCurley; Debbie Browning, white, female, supervisor of Casey Crawford; University of South Alab

10.    The alleged discrimination occurred on or about Intermittently beginning in May 2022- February 2024

11.    The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows:    Rachel Bumpers  _____

would negatively manipulate my patient assignments, call me African names due to my race, and she tied a noose around

a mannequin's neck to traumatize me. She has also made negative comments about Black people in general. Cathy McCurley,

Casey Crawford, and Debbie Browning violated my rights by retaliating against me by terminating my employment 3 weeks after I

filed a harassment complaint. In the termination letter, Cathy McCurley stated I was terminated for insuboordination for not deleting

social media videos after she directed me to. Cathy McCurley later revealed on record that she never gave me a directive to

remove social media videos. Furthermore, after I revealed White coworkers with social media containing the "N" word and other

expletives and they remained employed, it was clear my termination was racially motivated as I was treated differently than them.

12.    The alleged illegal activity took place at    USA Health Children's and Women's Hospital _____

**1700 Center St Mobile, AL 36604**

13.    I filed charges with the Equal Employment Opportunity Commission regarding alleged

discriminatory conduct by defendant(s) on or about **February 28, 2024** _____

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment

Opportunity Commission. This letter was received by me on **09/09/2025** _____

14.    I seek the following relief:

(A) **X**____   Recovery of back pay.

(B) **X**____   Reinstatement to my former job, and any other relief as may be appropriate,

including injunctive orders, damages, costs and attorney's fees.

Date: **10/21/2025** _____

_Signature of Plaintiff_

**1733 Swann St** _____

**Fayetteville, NC 28303** _____

Address of Plaintiff

(251) 767-6514 _____

Telephone Number of Plaintiff

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

10/22/2025

DATE

SIGNATURE OF PLAINTIFF/PETITIONER

1733 Swann St    Fayetteville, NC 28303

ADDRESS

4

Complaint Form continued

1. Due to Cathy McCurley falsifying statements to discredit me and the lack of investigation into my harassment claims, I feel I was terminated in retaliation and discriminated against. In my tenure with USA Health Children's and Women's Hospital, I have always had positive performance reviews with comments on my work ethic and professionalism from the charge nurse who worked with me most often. I have never had any negative comments or remarks made about work ethic or professionalism until this incident occurred. Despite the hospital staff's negative allegations against me, none of these were documented prior to my harassment claim and subsequent termination.

2. I have never had any prior disciplinary actions against me prior to my termination.

3. The timeframe for my harassment claim being filed and my termination was 3 weeks. The short timeframe further shows my termination was unjust and retaliatory in nature.

4. In my termination letter, Cathy McCurley, nurse manager, stated my reason for termination was insubordination. She admitted on record that she never gave me any directive to delete social media videos. Cathy McCurley also made the false statement to the EEOC investigator which could potentially be a federal felony under the False Statement Act (18 U.S.C. § 1001). At that point my termination should have been reversed and instead of doing so the hospital maintained their baseless position and upheld my termination even after this admittance.

5. The hospital has been presented with multiple videos, posts, and other various media posted from White coworkers containing racially insensitive words, expletives, and the perceived threat of violence against others. Despite this the hospital has failed to deliver the same standard to the White coworkers as I was held to.

6. The harassment negatively impacted my mental health and wellbeing. The subsequent termination, public embarrassment, and damage to my professional nursing reputation further negatively impacted my mental health and contributed to a severe mental health disorder diagnosis.

7. I had difficulty finding employment in my specialty in my local area. This ordeal has damaged my professional nursing reputation and prevented me from securing employment near my home. I had to relocate to another state leaving my family and home where I was born and raised. Subsequently, my marriage suffered and my husband wanted to divorce me due to financial strain, emotional strain on our family and children, and the need to relocate.

8. The EEOC investigated and did find my termination was in violation of my rights. The hospital refused a fair settlement to resolve the matter and after multiple failed negotiations, I was issued my attached Right to Sue letter.

9. I am seeking recovery of back pay, reinstatement of my former job, court costs, attorney's fees, damages related to emotional distress, as well as damages related to the negative impact this situation has caused on my nursing reputation. I am seeking $3 Million in total damages.

**UNITED STATES POSTAL S**

**PRIORITY®**

ed delivery date speci

tic shipments include

Tracking® service inclu

l international insuranc

sed internationally, a

does not cover certain item

ail Manual at *http://pe.usps*

national Mail Manual at *http*

T RATE EN

TE ■ ANY WEIGHT

CKED ■ INS

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

**UNITED STATES POSTAL SERVICE.**

**Retail**

**P**

**US POSTAGE PAID**

**$0.20**

Origin: 28303
10/22/25
3626890203-7

**PRIORITY MAIL®**

0 Lb 2.90 Oz

**RDC 03**

EXPECTED DELIVERY DAY:   10/25/25

C005

SHIP
TO:

155 SAINT JOSEPH ST
MOBILE AL 36602-3914

**USPS TRACKING® #**

9505 5139 2338 5295 9922 55

FROM: Damana Castleberry
1733 Swann St
Fayetteville, NC 28303

TO:

U.S. District Court
Southern District of Alabama
155 Saint Joseph St
Mobile, AL 36602